**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lamon Glenn WASHINGTON, aka Monte, Defendant–Appellant.**

**No. 11–30156.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Bryan Schroder, Assistant U.S. Attorney, Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Meredith Appel Ahearn, Hagans, Ahearn & Webb, Anchorage, AK, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Lamon Washington appeals the 87 month sentence imposed following his guilty plea to drug conspiracy in violation of 21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(B).

Washington contends that the district court erred by applying a three-level adjustment for his role as a manager or

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**780**

supervisor under U.S.S.G. § 3E1.1(a). The district court did not clearly err in light of Washington's admission at the plea hearing that he was involved in a drug conspiracy that involved five people, and that he directed and managed other participants in transporting the drugs. *See United States v. Egge,* 223 F.3d 1128, 1132 (9th Cir.2000) (three-level adjustment proper where defendant used others to help him sell drugs).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.